IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN JENKINS, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:06cv245 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| SHERIFF SIMON L. LEIS, JR. Et al., : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on June 27, 2006(Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 17, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's Motion to Grant Complaint (Doc. 6) and Motion [to] Supplement (Doc. 8), construed as a combined Motion for Relief from Judgement under Fed. R. Civ. P. 59(e), is DENIED.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Susan J. Dlott
United States District Judge